**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| AMERICAN PLASTICS LLC<br>87 Grasso Plaza, #278<br>Afton, MO 63123<br><br>                    Plaintiff,<br><br>    vs.<br><br>ERIC HUMMEL<br>14714 Township Road 218<br>Van Buren, OH 45889<br><br>FINDLAY MACHINE & TOOL INC.<br>2000 Industrial Drive<br>Findlay, OH 45840<br><br>KREATE EXTRUSION, LLC<br>510 South Main Street<br>Findlay, OH 45840<br><br>JOHN/JANE DOES NOS. 1-10<br>(Individuals being fictious and presently unknown)<br><br>ABC CORPORATIONS NOS. 1-10<br>(Entities being fictious and presently unknown)<br><br>                    Defendants. | CASE NO. 3:24-cv-00660<br><br><br>JUDGE<br><br><br><br>CIVIL ACTION |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, American Plastics, LLC ("Plaintiff") submits this Corporate Disclosure Statement and respectfully states as follows:

1. Plaintiff is a limited liability company formed under the laws of Delaware and based in Afton, Missouri.

2. Plaintiff's sole member is Jansan Acquisition, LLC ("Jansan"), which is a limited liability company formed under the laws of Delaware and based in Ohio.

3. Jansan's sole member is XR10 Capital, LLC ("XR10"), which is a limited liability company formed under the laws of Delaware and based in Beverly Hills, California.

4. XR10 has one (1) member, the Green Living Trust, which is organized under the laws of California and has two trustees who are residents of California.

Jurisdiction in this matter is based on diversity of citizenship under 28 U.S.C. § 1332(a) and federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

Respectfully submitted,

/s/ *Jonathan H. Krol*
Jonathan H. Krol (0088102)
Reminger Co., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
P: (216) 687-1311 | F: (216) 687-1841
jkrol@reminger.com

*Attorneys for Plaintiff*

**PRO HAC VICE APPLICATIONS FORTHCOMING**

Timothy J. Pastore, Esquire
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue, 24th Floor
New York, NY 10022
Tel: (212) 551-7707
*tpastore@mmwr.com*

Ethan Hougah, Esquire
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
Liberty View
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
Tel: (856) 488-7745
*ehougah@mmwr.com*

Jacqualyn Gillen, Esquire
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Tel: (215) 772-7502
*jgillen@mmwr.com*

Dated: April 12, 2024