**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| AMERICAN PLASTICS, LLC, | CASE NO. 3:24-cv-00660 |
| Plaintiff, | |
| | Hon. James R. Knepp, II |
| vs. | |
| ERIC HUMMEL, et al., | CIVIL ACTION |
| Defendants. | |

### JOIN MOTION TO DISMISS COUNT NINE, COMPUTER FRAUD AND ABUSE ACT CLAIM BROUGHT UNDER 18 U.S.C. § 1030

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff American Plastics, LLC ("Plaintiff"), and Defendants Eric Hummel, Findlay Machine & Tool, LLC, and Kreate Extrusion, LLC (collectively, "Defendants" and, with Plaintiff, the "Parties") move to dismiss with prejudice Count Nine, the Computer Fraud and Abuse Act claim brought under 18 U.S.C. § 1030.

As courts in this Circuit have recognized, dismissal of "fewer than all claims or parties from an action falls to Rule 21." *Griesmar v. City of Stow, Ohio*, No. 5:20-cv-01356, 2021 WL 2581563, at *3 (N.D. Ohio June 23, 2021). This joint request simply removes one claim and does not affect the remainder of the action, and Rule 21 provides the proper procedural mechanism[1].

---

[1] The Parties initially contemplated proceeding under Rule 41(a), but under Sixth Circuit law, Rule 41(a) may be used only to dismiss an entire action, not individual claims or parties. *See Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961) (holding that "action" in Rule 41(a) means the "entire controversy"); *see also Brumbach v. Smith*, No. 4:24-CV-285, 2025 WL 2299333, at *2 (N.D. Ohio Aug. 8, 2025) (citing and quoting *EQT Gathering, LLC v. A Tract of Prop. Situated in Knott Cnty., Ky.*, No. CIV.A. 12-58-ART, 2012 WL 3644968, at *4 (E.D. Ky. Aug. 24, 2012) (discussing at length the appropriate rule to use when dismissing less than all of the claims in a case, and concluding Rule 21 is the appropriate procedural vehicle)). So too here, which is why the parties brought this joint motion under Rule 21.

The Parties therefore respectfully ask the Court to grant the joint motion and dismiss Count Nine.

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan H. Krol | /s/ Stuart G. Parsell (per consent) |
| Jonathan H. Krol (0088102) | Stuart G. Parsell, Esq. |
| REMINGER CO., L.P.A. | Marion H. Little, Jr., Esq. |
| 200 Public Square, Suite 1200 | ZEIGER, TIGGES, & LITTLE LLP |
| Cleveland, Ohio 44114 | 800 Walton Parkway. Suite 260 |
| P: (216) 687-1311 | New Albany, Ohio 43054 |
| F: (216) 687-1841 | parsell@litohio.com |
| jkrol@reminger.com | little@litohio.com |

Timothy J. Pastore, Esq.*
MONTGOMERY MCCRACKEN WALKER &
RHOADS LLP
437 Madison Avenue, 24th Floor
New York, NY 10022
P: (212) 551-7707
tpastore@mmwr.com

Roland J. De Monte (0081129)
Y. Timothy Chai (0092202)
Sarah E. Katz (0096863)
GORDON REES SCULLY MANSUKHANI, LLP
600 Superior Avenue East
Fifth Third Building, Suite 1300
P: (216) 302-2531
F: (216) 539-0026
rdemonte@grsm.com
tchai@grsm.com
skatz@grsm.com

R. Montgomery Donaldson, Esq. *
Stefania Rosca, Esq. *
MONTGOMERY MCCRACKEN WALKER &
RHOADS LLP
1101 North Market Street, Suite 15
Wilmington, DE 19018
Tel: (302) 504-7840
rdonaldson@mmwr.com
srosca@mmwr.com

Jared J. Lefevre (0085931)
Nicholas W. Bartlett (0100990)
EASTMAN & SMITH LTD.
One Seagate, 27th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
P: (419) 241-6000; F: (419) 247-1777
jjlefevre@eastmansmith.com
nwbartlett@eastmansmith.com

Jacqualyn Gillen, Esq.*
MONTGOMERY MCCRACKEN WALKER &
RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
P: (215) 772-7502
jgillen@mmwr.com
*Attorneys for Plaintiff and Counterclaim
Defendant American Plastics, LLC*

*Admitted Pro Hac Vice

Dated: May 1, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, a true and correct copy of the foregoing *Joint Motion to Dismiss Count Nine, Computer Fraud and Abuse Act Claim* was filed electronically with the Court.  Notice of this filing will be sent to all parties via electronic mail and by operation of the Court's Electronic Case Filing System.  A true and correct copy was also served via email on all counsel or parties of record listed below.

Jared J. Lefevre, Esq.
Nicholas W. Bartlett, Esq.
Eastman & Smith Ltd.
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, OH 43699-0032
*jjlefevre@eastmansmith.com*
*nwbartlett@eastmansmith.com*

Todd H. Bartels, Esq.*
Emma R. Schuering, Esq.*
Ross T. Weimer, Esq.*
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
*tbartels@polsinelli.com*
*eschuering@polsinelli.com*
*rweimer@polsinelli.com*

Roland J. Demonte, Esq.
Sarah Katz, Esq.
Y. Timothy Chai, Esq.
Gordon Rees Scully Mansukhani, LLP
600 Superior Avenue East
Cleveland, OH 44114
*rdemonte@grsm.com*
*skatz@grsm.com*
*tchai@grsm.com*

Marion H. Little, Jr., Esq.
Stuart G. Parsell, Esq.
Zieger, Tigges, & Little LLP
8000 Walton Parkway
Suite 260
New Albany, OH 43054
*little@litohio.com*
*parsell@litohio.com*

*Attorneys for Defendants Eric Hummel,*
*Kreate Extrusion, LLC and*
*Defendant Findlay Machine & Tool, LLC*

/s/ *Jonathan H. Krol*
Jonathan H. Krol (0088102)