**Exhibit**

**2**

exhibitsticker.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

|  |  |  |
|---|---|---|
| AMERICAN PLASTICS, LLC, | : | |
| | : | Case No. 3:24-cv-00660 |
| Plaintiff, | : | Hon. James R. Knepp, II |
| vs. | : | |
| ERIC HUMMEL, et al., | : | |
| Defendants. | : | |

### DECLARATION OF BRITTNY PIERSON

I, Brittny Pierson, declare under penalty of perjury, based on personal knowledge, as follows:

1.      I am a paralegal for Zeiger, Tigges & Little LLP, counsel for Defendant Findlay Machine & Tool, LLC ("FMT") in this action.

2.      I am one of the records custodians for the correspondence, discovery, and filings in this case, and I am familiar with the exhibits attached hereto in support of Defendants' Motion to Modify and Clarify the Protective Order.

3.      The attached Exhibit A is a true and authentic copy of excerpts of the transcript of the Court's pretrial hearing in this action on May 20, 2026.

4.      The attached Exhibit B is a true and authentic copy of American Plastics, LLC's ("AP's") letter to the court in this action dated May 29, 2026.

5.      The attached Exhibit C is a true and authentic copy of an email from AP's counsel, Timothy Pastore, to Defendants' counsel dated October 14, 2025.

1

6. The attached Exhibit D is a true and authentic copy of AP's Objections and Responses to FMT's Third Set of Requests for the Production of Documents served in this action on December 8, 2025.

7. I have reviewed the documents that AP produced in this action in response to FMT's Third Set of Requests for the Production of Documents to AP. AP did not produce to Defendants in this action the documents that AP had received in discovery from other parties in the Related Actions that are identified in Exhibit C to the Court's Protective Order (ECF 42) in this case.

8. To date, AP still has not produced to FMT the documents that other parties in those Related Actions had produced in discovery to AP.

9. The attached Exhibit E is a true and authentic copy of Nickolas Reinhart's Motion for Contempt and Sanctions filed on May 1, 2025, in the lawsuit captioned *XR10 Capital, LLC and Jansan Acquisition, LLC v. Nicholas Reinhart*, No. 2024-0334-LWW (Del. Chancery Court) (the "Delaware Action"), which was obtained from that court's online public docket.

10. The attached Exhibit F is a true and authentic copy of excerpts of the transcript of the Delaware Chancery Court's Telephonic Ruling dated September 5, 2025 in the Delaware Action.

11. The attached Exhibit G is a true and authentic copy of the Stipulation of Dismissal with Prejudice filed February 27, 2026 in the lawsuit captioned *American Plastics, LLC v. Integrated Sales Solutions II, LLC*, Index No. 653127/2024 (Supreme Court of State of New York, County of New York) (the "New York Action"), which was obtained from that court's online public docket.

2

12.     The attached Exhibit H is a true and authentic copy of the Second Amended Case Management Order entered on September 4, 2025 in the lawsuit captioned *Americal Plastics, LLC v. Home Depot Product Authority, LLC*, No. 24CV010738 (Fulton County Superior Court, GA) (the "Georgia Action"), which was obtained from that court's online public docket.

13.     The attached Exhibit I is a true and authentic copy of the Amended Case Schedule Order entered in the Delaware Action on November 12, 2025, which was obtained from that court's online public docket.

14.     The attached Exhibit J is a true and authentic copy of excerpts of the AP Parties' Opposition to Nickolas Reinhart's Motion to Continue Trial in the Delaware Action dated June 8, 2026, which was obtained from that court's online public docket.

15.     The attached Exhibit K is a true and authentic copy of AP's Third Set of Requests for the Production of Documents to FMT served in this action on January 30, 2026.

16.     The attached Exhibit L is a true and authentic copy of a chain of emails between FMT's counsel and AP's counsel, dated from April 30, 2026 to May 8, 2026, concerning FMT's proposal to amend the Protective Order and FMT's Responses to AP's Third Set of Requests for the Production of Documents.

17.     The attached Exhibit M is a true and authentic copy of the affidavit of AP's Acting General counsel Gregg Zucker dated May 28, 2025, which was filed in the Delaware Action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of June, 2026.

/s/ Brittny Pierson

Brittny Pierson

1088233

3