**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**AMERICAN PLASTICS, LLC,** CASE NO. 3:24 CV 660

Plaintiff,

v. JUDGE JAMES R. KNEPP II

**ERIC HUMMEL, et al.,**

Defendants. **ORDER**

Currently pending before the Court is Defendants' Motion to Compel (Doc. 51).[1] Upon review of the parties' submissions, the Court orders the following:

As to FMT's Third Request for Production, Defendants' Motion to Compel is

- GRANTED as to RFP Nos. 2, 5, 6, and 7;
- GRANTED in part as to RFP No. 4 to the extent that the Innovation Index Reports identify the timing of product development, launch and sales;
- GRANTED as to RFP No. 8 as to the originally requested information (weekly and/or monthly sales and operations reports prepared by Mark Ward);
- DENIED as to RFP No. 9;
- GRANTED as to RFP Nos. 10, 11, and 12;
- GRANTED as to RFP No. 14 with the Court's instruction that this is an Order to produce only documents relating to damages caused by the loss of the Home Depot business.

---

1. Also currently pending are Defendants' Motion to Modify the Protective Order (Doc. 68) and Plaintiff's Motion to Compel (Doc. 71). These Motions are not addressed by the present Order.

As to FMT's Fourth Request for Production, Defendants' Motion to Compel is

- GRANTED in part as to RFP Nos. 2, 3, and 4, modifying the time period to within one year of the loss of Home Depot as a customer.
- GRANTED in part as to RFP No. 5, modifying the time period to one year before the loss of the Home Depot business and to only encompass the customers Plaintiff targets as relating to Defendants' alleged misconduct.
- GRANTED as to RFP No. 6.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2026