**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| AMERICAN PLASTICS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC HUMMEL, et al.,<br><br>Defendants. | CASE NO. 3:24-cv-00660<br><br>Hon. James R. Knepp, II<br><br>CIVIL ACTION<br><br>**JOINT MOTION TO EXTEND CASE SCHEDULING DEADLINES** |

Plaintiff and Defendants jointly request an extension of the upcoming case scheduling deadlines by two months, not for the purpose of delay, but in view of the parties' ongoing damages discovery disputes and pending discovery motions. The requested extensions are as follows:

| | **Current Deadline** | **With Extension** |
|---|---|---|
| Expert Reports for Party with Burden of Proof | 9/17/2026 | 11/17/2026 |
| Expert Reports for Party without Burden | 11/05/2026 | 01/05/2027 |
| Expert Discovery | 1/08/2027 | 03/08/2027 |
| Damages Discovery | 2/04/2027 | 04/05/2027 |
| Dispositive Motions | 3/08/2027 | 05/28/2027 |

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully submitted,

*/s/ Stefania A. Rosca*
R. Montgomery Donaldson, Esq. *
Stefania Rosca, Esq. *
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1101 North Market Street, Suite 15
Wilmington, DE 19018
Tel: (302) 504-7840
rdonaldson@mmwr.com
srosca@mmwr.com

Jonathan H. Krol, Esq. (0088102)
Reminger Co., L.P.A.
200 Public Square, Suite 1200
Cleveland, OH 44114
P: (216) 687-1311 | F: (216)-687-1841
jkrol@reminger.com

Timothy J. Pastore, Esq. *
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue, 24th Floor
New York, NY 10022
Tel: (212) 551-7707
tpastore@mmwr.com

Jacqualyn Gillen, Esq. *
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Tel: (215) 772-7502
jgillen@mmwr.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff and Counterclaim Defendant American Plastics, LLC*

Dated: September 15, 2026

*/s/ Stuart G. Parsell*
Marion H. Little, Jr., Esq.
Stuart G. Parsell, Esq.
Zeiger, Tigges, & Little LLP
8000 Walton Parkway Suite 260
New Albany, OH 43054
little@litohio.com
parsell@litohio.com

*Attorneys for Defendants Findlay Machine & Tool, LLC and Kreate Extrusion, LLC*

Jared J. Lefevre, Esq.
Nicholas W. Bartlett, Esq.
Eastman & Smith Ltd.
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, OH 43699-0032
jjlefevre@eastmansmith.com
nwbartlett@eastmansmith.com

Todd H. Bartels, Esq.*
Emma R. Schuering, Esq.*
Ross T. Weimer, Esq.*
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
tbartels@polsinelli.com
eschuering@polsinelli.com
rweimer@polsinelli.com

Roland J. Demonte, Esq.
Sarah Katz, Esq.
Y. Timothy Chai, Esq.
Gordon Rees Scully Mansukhani, LLP
600 Superior Avenue East
Cleveland, OH 44114
rdemonte@grsm.com
skatz@grsm.com
tchai@grsm.com

*Attorneys for Defendants Eric Hummel, Kreate Extrusion, LLC and Findlay Machine & Tool Inc.*