**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**AMERICAN PLASTICS, LLC,** CASE NO. 3:24 CV 660

Plaintiff,

v. JUDGE JAMES R. KNEPP II

**ERIC HUMMEL, et al.,**

Defendants. **ORDER**

Currently pending before the Court is Defendants' Motion to Compel (Doc. 51), which Plaintiff opposes (Doc. 58) and to which Defendants replied (Doc. 61). On September 14, 2026, the Court ruled on Defendant FMT's Requests for Production contained therein. (Doc. 78).

In the Motion, Defendant Eric Hummel also moved to compel responses to his Second Set of Requests for Production ("RFP") Nos. 1 and 2. *See* Doc. 51, at 1, 12-13, 15-16. Upon review of the Parties' submissions, *see* Docs. 51, 58, 61, the Court GRANTS Hummel's Motion to Compel as to his Second RFP Nos. 1 and 2.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: October 8, 2026